FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-19-00836-CV

Al **SUAREZ**, as Mayor of the City of Converse; Jeff Beehler, as Place 5 Member, City Counsel of the City of Converse; Kathy Richel as place 1 Member, City Counsel of the City of Converse; Shawn Russell, as Place 3 Member, City Counsel of the City of Converse; Marc Gilbert, as Place 6 Member, City Counsel of the City of Converse; Le Ann Piatt, as City Manager of the City of Converse; Holly Nagy, as Secretary of the City of Converse and City of Converse,
Appellants
v.
Katherine **SILVAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI22419
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court